Writ granted. See Roche v. St. Romain, La.App., 51 So.2d 666.

165 So.2d 482

**Allie A. WISCHAN et ux.**

v.

**Ed BROCKHAUS et al.**

No. 47316.

June 26, 1964.

In re: Allie A. Wischan and Thelma O. Wischan and Northwestern Mutual Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 163 So. 2d 572.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.